**Order entered September 13, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00428-CV

### MARCUS JARROD PAYNE, Appellant

### V.

### STACY ELEY (PAYNE), Appellee

**On Appeal from the 303rd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DF-20-00663**

### ORDER

Before the Court is court reporter Donna Kindle's September 7, 2021 request for an extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record filed by October 11, 2021.

/s/    ROBERT D. BURNS, III
       CHIEF JUSTICE